# EXHIBIT 1

| | |
|---|---|
| JAMES A. PATTEN | STEPHAN C. VOLKER (Pro hac vice pending) |
| PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC | ALEXIS E. KRIEG (Pro hac vice pending) |
| Suite 300, The Fratt Building | STEPHANIE L. CLARKE (Pro hac vice pending) |
| 2817 Second Avenue North | JAMEY M.B. VOLKER (Pro hac vice pending) |
| Billings, MT 59101-2041 | |
| Telephone: (406) 252-8500 | LAW OFFICES OF STEPHAN C. VOLKER |
| Facsimile: (406) 294-9500 | 1633 University Avenue |
| email: apatten@ppbglaw.com | Berkeley, California 94703-1424 |
| | Telephone: (510) 496-0600 |
| Attorneys for Plaintiffs | Facsimile: (510) 845-1255 |
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE | email: svolker@volkerlaw.com |
| | akrieg@volkerlaw.com |
| | sclarke@volkerlaw.com |
| | jvolker@volkerlaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, ) | CV 19-00028-BMM |
| ) | |
| Plaintiffs, ) | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |
| vs. ) | |
| ) | |
| PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; ) | (Mont. Civ. R. 83.1(d)) |
| MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU ) | |

OF LAND MANAGEMENT, and DAVID ) \
BERNHARDT, in his official capacity as Acting ) \
U.S. Secretary of the Interior, ) \
                                                              ) \
        Defendants. )  \
_____ )

STATE OF CALIFORNIA    )

                                      : ss.

COUNTY OF ALAMEDA    )

I, Alexis E. Krieg, being first duly sworn, depose and say under penalty of perjury the following:

1. I am an attorney who is licensed to practice law in the State of California and a member of the Law Offices of Stephan C. Volker;

2. I wish to appear on behalf of Indigenous Environmental Network and North Coast Rivers Alliance;

3. I am a resident of the State of California. My office address is 1633 University Avenue, Berkeley, California 94703; Telephone: (510) 496-0600; Facsimile: (510) 845-1255; and email address: akrieg@volkerlaw.com;

4. I have paid the admission fee, or it has been advanced on my behalf by Mr. James A. Patten, a member in good standing in this Court;

5. I have obtained the name, address, telephone number, and written consent of James A. Patten, a member in good standing of the Bar of this Court, to serve as local counsel with whom the Court and opposing counsel may

- 2 -

readily communicate regarding the conduct of this case and upon whom papers may be served;

6. I became a member of the State Bar of California in December 2007 and am a member in good standing. My state bar number is 254548;

7. I was admitted to the United States District Court for the Northern District of California in 2010 and am a member in good standing;

8. I am not currently suspended or disbarred in any other court;

9. My previous *pro hac vice* application to this Court was granted in *Indigenous Environmental Network v. Department of State*, 4:17-cv-00029-BMM by Order of this Court on April 12, 2017 [Dkt. 14].

10. I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association;

11. I have not been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent;

12. I am proficient in electronic filing in the United States District Court for the Southern, Central, Eastern and Northern Districts of California;

13. I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court; and

//
//

14. I agree to comply with the applicable statutes, laws, and procedural rules of the United States District Court for the District of Montana.

I declare under the penalty of perjury and under the laws of the State of Montana that the foregoing is true and correct.

Dated this 5th day of April, 2019.

LAW OFFICES OF STEPHAN C. VOLKER

_____
ALEXIS E. KRIEG
1633 University Avenue
Berkeley, CA 94703

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California     )
County of Alameda       )

On 4/5/19 before me, Phillip Spruner, notary public personally appeared, Alexis Elizabeth Krieg who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



_____
Signature

PHILLIP SPRUNER
COMM. # 2142789
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Feb. 15, 2020

Seal