IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official capacity as Acting U.S. Secretary of the Interior,<br><br>Defendants. | CV-19-28-GF-BMM<br><br>**ORDER** |

Plaintiffs, have moved for admission of Stephanie L. Clarke (Ms. Clarke), (Doc. 8), to practice before this Court in this case with James A. Patten, Esq. to

-1-

act as local counsel. Ms. Clarke's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Ms. Clarke to appear on their behalf (Doc. 8) is **GRANTED** on the following conditions:

1. Local counsel, will be designated as lead counsel or as co-lead counsel with Ms. Clarke. Ms. Clarke must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Clarke, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Clarke.

DATED this 10th day of April, 2019.

Brian Morris
United States District Court Judge