JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
     PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:  (406) 294-9500
email:  apatten@ppbglaw.com

Attorneys for Plaintiffs
INDIGENOUS
ENVIRONMENTAL
NETWORK and NORTH
COAST RIVERS ALLIANCE

STEPHAN C. VOLKER (Pro hac vice)
ALEXIS E. KRIEG (Pro hac vice)
STEPHANIE L. CLARKE (Pro hac vice)
JAMEY M.B. VOLKER (Pro hac vice
pending)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:  (510) 845-1255
email:      svolker@volkerlaw.com
            akrieg@volkerlaw.com
            sclarke@volkerlaw.com
            jvolker@volkerlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, | ) CV 19-00028-BMM |
| | ) |
| | ) **AFFIDAVIT OF SERVICE** |
| Plaintiffs, | ) |
| vs. | ) (Mont. Civ. R. 83.1(d)) |
| | ) |
| PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU | ) ) ) ) ) ) ) ) ) ) ) ) ) |

OF LAND MANAGEMENT, and DAVID )
BERNHARDT, in his official capacity as Acting )
U.S. Secretary of the Interior, )
)
Defendants. )
_____ )

Stephan C. Volker being first duly sworn upon oath deposes and states as

follows:

1.      I am counsel for the Plaintiffs above named, Indigenous

Environmental Network and North Coast Rivers Alliance.

2.      This Affidavit is filed pursuant to Rule 4(*l*)(1), F.R., Civ. P.

3.      I have served, and have documented service through either an

executed returned receipt or through USPS tracking, the following Defendants

with Summons, Complaint, and Civil Cover Sheet in this case:

       (i)        Donald J. Trump
                    President of the United States
                    The White House
                    1600 Pennsylvania Avenue NW
                    Washington, DC 20500

       (ii)       US Department of State
                    Office of the Legal Advisor (L/EX)
                    600 19th Street, NW, Suite 5.600
                    Washington, D.C. 20522

       (iii)     Michael R. Pompeo, Secretary of State
                    United States Department of State
                    c/o Office of the Legal Advisor (L/EX)
                    600 19th Street, NW, Suite 5.600
                    Washington, D.C. 20522

(iv)  United States Army Corps of Engineers
441 G St. NW
Washington, DC 20314-1000

(v)  Lt. General Todd T. Semonite
Commanding General and Chief of Engineers
United States Army Corps of Engineers
441 G St. NW
Washington, DC 20314-1000

(vi)  US Fish and Wildlife Service
Main Interior, 1849 C St NW, Room 3331
Washington, DC 20240-0001

(vii)  Greg Sheehan, Acting Director
US Fish and Wildlife Service
Main Interior, 1849 C St NW, Room 3331
Washington, DC 20240-0001

(viii)  United States Bureau of Land Management
1849 C Street NW
Room 5665
Washington, DC 20240

(ix)  David Bernhardt
Acting U.S. Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

(x)  U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

(xi)  Civil Process Clerk
Office of the United States Attorney
119 1st Ave N, #200
Great Falls, MT 59401

(xi)  U.S. Attorney General
US Department of Justice
950 Pennsylvania Ave, NW, Room 4400
Washington, DC 20530

Dated: April 30, 2019

                    LAW OFFICES OF STEPHAN C. VOLKER

        By:     /s/ *Stephan C. Volker*
                    Attorney for Plaintiffs
                    Indigenous Environmental Network and
                    North Coast Rivers Alliance