JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
     PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:  (406) 294-9500
email:  apatten@ppbglaw.com

Attorneys for Plaintiffs
INDIGENOUS
ENVIRONMENTAL
NETWORK and NORTH
COAST RIVERS ALLIANCE

STEPHAN C. VOLKER (Pro hac vice)
ALEXIS E. KRIEG (Pro hac vice)
STEPHANIE L. CLARKE (Pro hac vice)
JAMEY M.B. VOLKER (Pro hac vice)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:  (510) 845-1255
email:      svolker@volkerlaw.com
            akrieg@volkerlaw.com
            sclarke@volkerlaw.com
            jvolker@volkerlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, | ) CV 19-00028-BMM<br>)<br>) **JAMEY M.B. VOLKER'S** |
| Plaintiffs, | ) **ACKNOWLEDGMENT** |
| vs. | ) **AND ACCEPTANCE OF**<br>) **ADMISSION TO THIS** |
| PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU | ) **COURT UNDER THE**<br>) **TERMS OF THIS**<br>) **COURT'S ORDER FILED**<br>) **MAY 31, 2019**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
                                          )
                                          )
OF LAND MANAGEMENT, and DAVID             )
BERNHARDT, in his official capacity as Acting  )
U.S. Secretary of the Interior,           )
                                          )
                    Defendants.           )
_____
```

TO THE ABOVE-ENTITLED COURT AND TO ALL COUNSEL HEREIN:

PLEASE TAKE NOTICE that Jamey M.B. Volker, co-counsel for plaintiffs Indigenous Environmental Network and North Coast Rivers Alliance, hereby acknowledges and accepts the terms of his admission to this Court as set forth in this Court's Order filed May 31, 2019.

Dated: June 3, 2019          Respectfully submitted,


                             /s/ *Jamey M.B. Volker*
                             JAMEY M.B. VOLKER
                             Attorney for Plaintiffs
                             INDIGENOUS ENVIRONMENTAL NETWORK
                             and NORTH COAST RIVERS ALLIANCE
                             1633 University Ave
                             Berkeley, CA 94703

- 2 -

## CERTIFICATE OF SERVICE

I, Alexis E. Krieg, hereby declare:

My business address is the Law Offices of Stephan C. Volker, 1633 University Ave, Berkeley, California, 94703.

On June 3, 2019 I served JAMEY M.B. VOLKER'S ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION TO THIS COURT UNDER THE TERMS OF THIS COURT'S ORDER FILED MAY 31, 2019 by electronic filing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the email addresses registered in the above entitled action.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  June 3, 2019                    /s/ *Alexis E. Krieg*
                                        ALEXIS E. KRIEG