# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official capacity as Acting U.S. Secretary of the Interior,<br><br>Defendants. | CV 19-28-GF-BMM<br><br>**ORDER GRANTING MOTION TO INTERVENE BY TC ENERGY CORPORATION** |

Applicants for intervention, TransCanada Keystone Pipeline, LP and TC Energy Corporation, have filed an unopposed motion to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a). The Court finds good

cause for the motion. Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that TransCanada Keystone Pipeline, LP and TC Energy Corporation shall file their answer or motion in response to the complaint within seven days of the Federal Defendants' answer or motion, or seven days after the entry of this Order, whichever is later.

ENTERED this __9th__ day of __July__ 2019.

_____
Hon. Brian M. Morris
U.S. District Court Judge