JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
      PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
email:  apatten@ppbglaw.com

Attorneys for Plaintiffs
INDIGENOUS
ENVIRONMENTAL
NETWORK and NORTH
COAST RIVERS ALLIANCE

STEPHAN C. VOLKER (Pro hac vice)
ALEXIS E. KRIEG (Pro hac vice)
STEPHANIE L. CLARKE (Pro hac vice)
JAMEY M.B. VOLKER (Pro hac vice)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:   (510) 845-1255
email:        svolker@volkerlaw.com
                  akrieg@volkerlaw.com
                  sclarke@volkerlaw.com
                  jvolker@volkerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, <br><br> Plaintiffs, <br> vs. <br><br> PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official | Civ. No. CV 19-28-GF-BMM <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Hearing:** <br> **Time:** <br><br> **Judge:  Hon. Brian M. Morris** |

capacity as Acting Director of the U.S. Fish )
and Wildlife Service; UNITED STATES )
BUREAU OF LAND MANAGEMENT, )
and DAVID BERNHARDT, in his official )
capacity as Acting U.S. Secretary of the )
Interior, )
                     )
           Defendants, )
                     )
TRANSCANADA KEYSTONE PIPELINE, )
LP, a Delaware limited partnership, and TC )
ENERGY CORPORATION, a Canadian )
Public Company, )
                     )
           Defendant-Intervenors. )
                     )

_____

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that as soon as this matter may be heard, proper

notice having been given, in the courtroom of the Honorable Brian M. Morris of

the United States District Court for the District of Montana, Great Falls Division,

plaintiffs Indigenous Environmental Network and North Coast Rivers Alliance

will move the Court for a preliminary injunction (1) staying all approvals issued

by the Federal Defendants allowing construction of the Keystone XL Pipeline

System ("Keystone"), and (2) enjoining construction of Keystone and

preconstruction activities by Defendant-Intervenors TransCanada Keystone

Pipeline, LP and TC Energy Corporation ("TC Energy") (collectively with the

Federal Defendants, "defendants") pending this Court's adjudication of the merits

of this action.  The Federal Defendants and TC Energy have been contacted to

ascertain whether they object to the motion.  Both indicated they intend to object to the motion.

Plaintiffs' Motion for a Preliminary Injunction is made on the grounds that (1) plaintiffs are likely to prevail on their claims under Article IV, section 3, clause 2 (the "Property Clause") and Article 1, section 8, clause 3 (the "Commerce Clause") of the United States Constitution, and Executive Order 13337 (which remained in effect at the time President Trump issued his Presidential Permit on March 29, 2019); (2) defendants threaten immediate and irreparable harm to plaintiffs' and the public's interests; (3) the balance of equities tips sharply in plaintiffs' favor; and (4) an injunction is in the public interest.

This Motion for Preliminary Injunction is based on this Notice, the accompanying Memorandum of Points and Authorities, and the supporting declarations of Joye Braun, Angeline Cheek, Elizabeth Lone Eagle, Frank Egger, Tom B.K. Goldtooth, Kathleen Meyer, LaVae High Elk Red Horse, Kandi White, Bill Whitehead and Stephan C. Volker filed herewith, along with such oral argument as may be heard by this Court, and any other files or records in this proceeding.

Dated:  July 10, 2019                        Respectfully submitted,

                                             */s/ Stephan C. Volker*
                                             STEPHAN C. VOLKER
                                             Attorney for Plaintiffs
                                             INDIGENOUS ENVIRONMENTAL
                                             NETWORK AND NORTH COAST
                                             RIVERS ALLIANCE