MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov
LAWRENCE J. VANDYKE
Deputy Assistant Attorney General

MARISSA A. PIROPATO (MA BAR 65160)
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
marissa.piropato@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>Defendants. | CV 19-28-GF-BMM<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

Defendants U.S. Department of State *et al.* hereby move, pursuant to Fed. R.

Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief (ECF No. 37). The grounds for this motion are set forth in the accompanying memorandum in support.

Respectfully submitted this 1st day of August, 2019,

> LAWRENCE J. VANDYKE
> Deputy Assistant Attorney General
>
> */s/ Marissa A. Piropato*
> MARISSA A. PIROPATO (MA Bar 651630)
> LUTHER L. HAJEK
> United States Department of Justice
> Environment and Natural Resources Division
> 999 18th Street, South Terrace, Suite 370
> Denver, CO 80202
> Ph: (303) 844-1376; Fax: (303) 844-1350
> luke.hajek@usdoj.gov
> marissa.piropato@usdoj.gov
>
> *Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019, a copy of the foregoing Defendants' Motion to Dismiss Plaintiffs' Complaint was served on all counsel of record via the Court's CM/ECF system.

                                                           */s/ Marissa A. Piropato*
                                                           MARISSA A. PIROPATO
                                                           U.S. Department of Justice