# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, et al.,<br><br>Defendant-Intervenors. | CV-19-28-GF-BMM<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on the following motions on **Wednesday, October 9, 2019 at 1:30 p.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

1. Motion to Dismiss for Lack of Jurisdiction, (Doc. 22);
2. Motion for Preliminary Injunction (Doc. 27);
3. Motion to Dismiss for Lack of Jurisdiction (Doc. 32);
4. Supplement Motion for Dismiss for Lack of Jurisdiction (Doc 49); and

5. Second Motion to Dismiss for Failure to State a Claim (Doc. 51).

DATED this 8th day of August, 2019.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge