# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al*., <br><br>       Plaintiffs, <br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br>       Defendants. | CV 19-28-GF-BMM |

THIS MATTER having come before the Court on the Joint Unopposed Motion of Defendants, President Donald J. Trump, *et al*., and Defendant-Intervenors, TC Energy Corporation, For Extension of Time to File Reply.  ECF No. 58.  Good cause having been shown, the Court will grant Defendants a seven (7) day extension of time to file a reply brief in support of motion to dismiss.

IT IS ORDERED that the motion for extension of time (ECF No. 58) is granted.  IT IS FURTHER ORDERED that Defendants must file any reply brief in support of their motion to dismiss on or before September 12, 2019.

DATED this 3rd day of September, 2019.

Brian Morris
United States District Court Judge