Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
mstermitz@crowleyfleck.com
jroth@crowleyfleck.com

Peter R. Steenland
Peter C. Whitfield
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
pwhitfield@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>      Plaintiffs,<br><br> vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official | CV 19-28-GF-BMM<br><br>**TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION'S SUPPLEMENTAL STATUS REPORT** |

capacity as Acting U.S. Secretary of the Interior,

            Defendants,

TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company,

            Defendant-Intervenors.

On September 20, 2019, Defendants TransCanada Keystone Pipeline, LP and TC Energy Corporation (TC Energy) filed a status report with this Court, reporting on its intentions to take certain steps with regard to specific, pre-construction activities on private lands. (Doc. 62).  Subsequently, TC Energy informed counsel that it is continuing to assess the appropriate timeline for conducting preconstruction activities. With the exception of weed eradication, which is already complete, and the orderly winddown of certain road upgrade work, preconstruction work will not occur until, at the earliest, after the hearing scheduled for October 9, 2019.  TC Energy will further advise the Court of its plans at the October 9 hearing.

DATED this 3rd day of October, 2019,

| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/ Jeffery J. Oven* | */s/ Peter R. Steenland, Jr.* |
| Jeffery J. Oven | Peter R. Steenland, Jr. |
| Mark L. Stermitz | Peter R. Whitfield |

| | |
|---|---|
| Jeffrey M. Roth | 1501 K Street, N.W. |
| 490 North 31st Street, Ste. 500 | Washington, DC 20005 |
| Billings, MT 59103-2529 | Telephone: 202-736-8000 |
| Telephone: 406-252-3441 | Email: psteenland@sidley.com |
| Email: joven@crowleyfleck.com | pwhitfield@sidley.com |
| mstermitz@crowleyfleck.com | |
| jroth@crowleyfleck.com | |

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served today via the Court's CM/ECF system on all counsel of record.

*/s/ Jeffery J. Oven*