| | |
|---|---|
| Jeffery J. Oven | Peter R. Steenland |
| Mark L. Stermitz | Peter C. Whitfield |
| Jeffrey M. Roth | SIDLEY AUSTIN LLP |
| CROWLEY FLECK PLLP | 1501 K Street, NW |
| 490 North 31st Street, Ste. 500 | Washington, DC  20005 |
| P.O. Box 2529 | Telephone: 202-736-8000 |
| Billings, MT  59103-2529 | Email:  psteenland@sidley.com |
| Telephone: 406-252-3441 | pwhitfield@sidley.com |
| Email: joven@crowleyfleck.com | |
| mstermitz@crowleyfleck.com | |
| jroth@crowleyfleck.com | |

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a  federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official | CV 19-28-GF-BMM<br><br><br><br><br><br><br>**DEFENDANTS TC ENERGY CORPORATION AND TRANSCANADA KEYSTONE PIPELINE, LP'S MOTION FOR SUMMARY JUDGMENT** |

| |
|---|
| capacity as Acting U.S. Secretary of the Interior, |
| Defendants, |
| TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company, |
| Defendant-Intervenors. |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Court, Defendant-Intervenors TransCanada Keystone Pipeline, LP and TC Energy Corp. ("TC Energy") hereby move for summary judgment on all claims in Plaintiffs' First Amended Complaint (Doc. 37). For the reasons set forth in its response to this Court's request for additional briefing (Doc. 74), TC Energy has asked the Court to dismiss Plaintiffs' amended complaint in its entirety, because the supplemental briefing demonstrates that they cannot prevail on their claims as a matter of law. *See* TC Energy's Supp. Br. (Doc. 76). In the event that the Court concludes that the supplemental filing cannot be used as a vehicle for such relief, TC Energy is filing this motion for summary judgment.

In accordance with Local Rule 56.1, TC Energy is also filing with this Motion a Statement of Undisputed Facts and Memorandum of Law in Support of Summary Judgment.

2

Counsel for TC Energy has contacted counsel for the parties in this matter. Counsel for Federal Defendants represented that the United States does not oppose this motion. Counsel for Plaintiffs represented that Plaintiffs oppose this motion.

January 24, 2020                                        Respectfully Submitted,

CROWLEY FLECK PLLP                      SIDLEY AUSTIN LLP

*/s/ Jeffery J. Oven*                            */s/ Peter R. Steenland, Jr.*
Jeffery J. Oven                                  Peter R. Steenland, Jr.
Mark L. Stermitz                                 Peter C. Whitfield
Jeffrey M. Roth                                  1501 K Street, N.W.
490 North 31st Street, Ste. 500                  Washington, DC 20005
Billings, MT 59103-2529                          Telephone: 202-736-8000
Telephone: 406-252-3441                          Email: psteenland@sidley.com
Email: joven@crowleyfleck.com                           pwhitfield@sidley.com
       mstermitz@crowleyfleck.com
       jroth@jcrowleyfleck.com

*Counsel for TransCanada Keystone Pipeline LP and TC Energy Corporation*