Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
      mstermitz@crowleyfleck.com
      jroth@crowleyfleck.com

Peter R. Steenland
Peter C. Whitfield
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
      pwhitfield@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official | CV 19-28-GF-BMM<br><br><br>**DEFENDANTS TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION SUPPLEMENTAL STATUS REPORT** |

1

capacity as Acting U.S. Secretary of the
Interior,

 Defendants,

TRANSCANADA KEYSTONE PIPELINE,
LP, a Delaware limited partnership, and TC
ENERGY CORPORATION, a Canadian
Public company,

 Intervenor-Defendants.

TC Energy submits this response to update the Court on its planned
activities regarding the Keystone XL pipeline and to inform the court of its intent
to respond in opposition to Plaintiffs' motion for a Temporary Restraining Order
(TRO)/Preliminary Injunction (PI).

On January 14, 2020, TC Energy informed the Court and the parties (Doc.
100) that it did not plan to commence construction-related activities until February
2020.  TC Energy now represents that none of the activities identified in the
January 14 Amended Status Report will take place before February 24, 2020, at the
earliest.  TC Energy will file a proposed briefing schedule early the week of
February 3, 2020 that should provide the Court with ample time to resolve
Plaintiffs' motion before February 24, 2020.

DATED this 31st day of January, 2020,

                                      /s/ *Peter R. Steenland, Jr.*

                                      Peter R. Steenland, Jr.
                                      PETER C. WHITFIELD
                                      SIDLEY AUSTIN LLP
                                      1501 K Street, N.W.
                                      Washington, D.C.  20005
                                      (202) 736-8000 (telephone)
                                      (202) 736-8711 (fax)
                                      Email:  psteenland@sidley.com
                                      pwhitfield@sidley.com


                                      */s/ Jeffery Oven*
                                      Jeffery J. Oven
                                      Mark L. Stermitz
                                      Jeffrey M. Roth
                                      CROWLEY FLECK PLLP
                                      490 North 31st Street, Ste. 500
                                      P.O. Box 2529
                                      Billings, MT  59103-2529
                                      Telephone: 406-252-3441
                                      Email:
                                      joven@crowleyfleck.com
                                      mstermitz@crowleyfleck.com
                                      jroth@crowleyfleck.com

                                      *Counsel for TransCanada*
                                      *Keystone Pipeline LP and TC*
                                      *Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served today via the Court's

CM/ECF system on all counsel of record.

/s/ Jeffery J. Oven