IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, | CV-19-28-GF-BMM |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| PRESIDENT DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Motion hearing scheduled for March 25, 2020 is VACATED and RESET for Thursday, April 16, 2020 at 1:30 p.m. before the undersigned.

DATED this 13th day of January, 2020.

Brian Morris
United States District Court Judge

-1-