UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>Defendants,<br><br>and<br><br>TC ENERGY CORP., *et al*.<br><br>Defendant-Intervenors. | CV 19-28-GF-BMM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

This matter comes before the Court on Defendants' Unopposed Motion to Extend Summary Judgment Briefing Schedule. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED.

The summary judgment briefing schedule in the Court's February 3, 2020 Order, ECF No. 84, is modified as follows:

    Plaintiffs' Response to TC Energy's Summary
    Judgment Motion:     February 25, 2020

    Plaintiffs' Motion for Summary Judgment:     February 25, 2020

| | |
|---|---|
| Federal Defendants' Motion for Summary Judgment: | February 25, 2020 |
| TC Energy's Reply to Plaintiffs' Response to TC Energy's Motion for Summary Judgment: | March 13, 2020 |
| TC Energy's and Federal Defendants' Responses to Plaintiffs' Summary Judgment Motion: | March 13, 2020 |
| Plaintiffs' Response to Federal Defendants' Motion for Summary Judgment: | March 13, 2020 |
| Federal Defendants' Reply to Plaintiffs' Response to Federal Defendants' Motion for Summary Judgement: | March 27, 2020 |
| Plaintiffs' Reply to TC Energy's and Federal Defendants' Responses to Plaintiffs' Motion for Summary Judgment: | March 27, 2020 |

It is so ORDERED.

DATED this 14th day of February, 2020.

_____
Brian Morris
United States District Court Judge