UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>Defendants,<br><br>and<br><br>TC ENERGY CORP., *et al*.<br><br>Defendant-Intervenors. | CV 19-28-GF-BMM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

This matter comes before the Court on Defendants' Unopposed Motion to Extend Summary Judgment Briefing Schedule. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED.

The summary judgment briefing schedule in the Court's February 14, 2020 Order, ECF No. 90, is modified as follows:

TC Energy's Reply to Plaintiffs' Response to
TC Energy's Motion for Summary Judgment:          March 18, 2020

TC Energy's and Federal Defendants' Responses
to Plaintiffs' Summary Judgment Motion:          March 18, 2020

| | |
|---|---|
| Plaintiffs' Response to Federal Defendants' Motion for Summary Judgment: | March 18, 2020 |
| Federal Defendants' Reply to Plaintiffs' Response to Federal Defendants' Motion for Summary Judgement: | April 1, 2020 |
| Plaintiffs' Reply to TC Energy's and Federal Defendants' Responses to Plaintiffs' Motion for Summary Judgment: | April 1, 2020 |

DATED this __2nd__ day of __March__, 2020,

_/s/ Brian Morris_
Brian Morris
United States District Court Judge