# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br> Defendants, <br><br> and <br><br> TC ENERGY CORP., *et al*. <br><br> Defendant-Intervenors. | CV 19-28-GF-BMM <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME** |

This matter comes before the Court on Defendants' Unopposed Motion for Leave to File Answer Out of Time. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED.

Defendants shall file their answer forthwith.

DATED this 2nd day of March, 2020.

_____
Brian Morris
United States District Court Judge

1