| | |
|---|---|
| JAMES A. PATTEN | STEPHAN C. VOLKER (Pro hac vice) |
| PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC | ALEXIS E. KRIEG (Pro hac vice) |
| | STEPHANIE L. CLARKE (Pro hac vice) |
| | JAMEY M.B. VOLKER (Pro hac vice) |
| Suite 300, The Fratt Building | LAW OFFICES OF STEPHAN C. VOLKER |
| 2817 Second Avenue North | 1633 University Avenue |
| Billings, MT 59101-2041 | Berkeley, California 94703-1424 |
| Telephone:  (406) 252-8500 | Telephone:  (510) 496-0600 |
| Facsimile:  (406) 294-9500 | Facsimile:  (510) 845-1255 |
| email:  apatten@ppbglaw.com | email:  svolker@volkerlaw.com |
| | akrieg@volkerlaw.com |
| Attorneys for Plaintiffs | sclarke@volkerlaw.com |
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE | jvolker@volkerlaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, | ) Civ. No. CV 19-28-GF-BMM ) ) |
| Plaintiffs, | ) **DECLARATION OF** ) **STEPHAN C. VOLKER IN** ) **SUPPORT OF PLAINTIFFS'** |
| vs. | ) **MOTION FOR LEAVE TO** ) **FILE SECOND AMENDED** |
| PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official | ) **COMPLAINT UNDER F.R.** ) **CIV. PRO. 15** ) ) **Hearing:** ) **Time:** ) ) **Judge:  Hon. Brian M. Morris** ) ) ) ) ) ) |

| | |
|---|---|
| capacity as Acting Director of the U.S. Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT, and DAVID BERNHARDT, in his official capacity as Acting U.S. Secretary of the Interior, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public Company, | )<br>)<br>)<br>)<br>) |
| Defendant-Intervenors. | )<br>) |

I, Stephan C. Volker, hereby declare:

1. I am lead counsel to Plaintiffs Indigenous Environmental Network, et al. and make this Declaration in support of their Motion for Leave to File Second Amended Complaint for Declaratory, Injunctive and Mandamus Relief. I have personal knowledge of the facts stated below, and if called as a witness, would so testify.

2. On March 2, 2020, at approximately 11:47 am PST, I emailed a copy of Plaintiffs' proposed Second Amended Complaint to counsel for the Federal Defendants Donald J. Trump, et al., and Defendant-Intervenors TransCanada Keystone Pipeline LP and TC Energy Corporation and requested their consent to Plaintiffs' Motion for Leave to File Second Amended Complaint.  As of 3:00 pm on March 2, 2020, counsel for the Federal Defendants had responded that they

would oppose the motion, and Defendant-Intervenors have not yet responded to my request.

    I declare under penalty of perjury that the foregoing facts are true and correct of my personal knowledge, that I am competent to and if called would so testify, and that this Declaration was executed on March 2, 2020 in Berkeley, California.

Dated:  March 2, 2020           s/ *Stephan C. Volker*
                                      STEPHAN C. VOLKER

# CERTIFICATE OF SERVICE

I, Stephan C. Volker, am a citizen of the United States.  I am over the age of 18 years and not a party to this action.  My business address is the Law Offices of Stephan C. Volker, 1633 University Avenue, Berkeley, California 94703.

On March 2, 2020 I served the following documents by electronic filing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the email addresses registered in the above entitled action:

**DECLARATION OF STEPHAN C. VOLKER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER F.R. CIV. PRO. 15**

I declare under penalty of perjury that the foregoing is true and correct.


                    s/ *Stephan C. Volker*

                    STEPHAN C. VOLKER (Pro Hac Vice)