| | |
|---|---|
| JAMES A. PATTEN | STEPHAN C. VOLKER (Pro hac vice) |
| PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC | ALEXIS E. KRIEG (Pro hac vice) |
| | STEPHANIE L. CLARKE (Pro hac vice) |
| | JAMEY M.B. VOLKER (Pro hac vice) |
| Suite 300, The Fratt Building | LAW OFFICES OF STEPHAN C. VOLKER |
| 2817 Second Avenue North | 1633 University Avenue |
| Billings, MT 59101-2041 | Berkeley, California 94703-1424 |
| Telephone:  (406) 252-8500 | Telephone:  (510) 496-0600 |
| Facsimile:   (406) 294-9500 | Facsimile:   (510) 845-1255 |
| email:  apatten@ppbglaw.com | email:  svolker@volkerlaw.com |
| | akrieg@volkerlaw.com |
| Attorneys for Plaintiffs | sclarke@volkerlaw.com |
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE | jvolker@volkerlaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>       Plaintiffs,<br>  vs.<br><br>PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State; UNITED STATES ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, Commanding General and Chief of Engineers; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; GREG SHEEHAN, in his official | Civ. No. CV 19-28-GF-BMM<br><br>**CERTIFICATE OF COMPLIANCE FOR PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER F.R. CIV. PRO. 15**<br><br>**Hearing:**<br>**Time:**<br><br>**Judge:  Hon. Brian M. Morris** |

|  | ) |
|---|---|
|  | ) |
| capacity as Acting Director of the U.S. Fish | ) |
| and Wildlife Service; UNITED STATES | ) |
| BUREAU OF LAND MANAGEMENT, | ) |
| and DAVID BERNHARDT, in his official | ) |
| capacity as Acting U.S. Secretary of the | ) |
| Interior, | ) |
|  | ) |
| Defendants, | ) |
|  | ) |
| TRANSCANADA KEYSTONE PIPELINE, | ) |
| LP, a Delaware limited partnership, and TC | ) |
| ENERGY CORPORATION, a Canadian | ) |
| Public Company, | ) |
|  | ) |
| Defendant-Intervenors. | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Montana District Court, Civil Rule 7.1(d)(2) I certify that **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER F.R. CIV. PRO. 15** contains 1,571 words, excluding caption and certificate of service, as counted by WordPerfect X7, the word processing software used to prepare this brief.

Dated: March 3, 2020                                    s/ *Stephan C. Volker*

# CERTIFICATE OF SERVICE

I, Stephan C. Volker, am a citizen of the United States. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Stephan C. Volker, 1633 University Avenue, Berkeley, California 94703.

On March 3, 2020 I served the following documents by electronic filing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the email addresses registered in the above entitled action:

**CERTIFICATE OF COMPLIANCE FOR PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER F.R. CIV. PRO. 15**

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Stephan C. Volker*
STEPHAN C. VOLKER (Pro Hac Vice)