IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

CV-19-28-GF-BMM

INDIGENOUS ENVIRONMENTAL
NETWORK and NORTH COAST RIVERS
ALLIANCE,

**ORDER**

Plaintiffs,

vs

PRESIDENT DONALD J. TRUMP,
et al.,

Defendants,

TRANSCANADA KEYSTONE PIPELINE,
LP, a Delaware limited partnership, and TC
ENERGY CORPORATION, a Canadian
Public Company,
Defendant-Intervenors

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on the following motions on Thursday, April 16, 2020 at 1:30 p.m.

1. Motion for Summary Judgment, Doc. 77;

2. Motion for Preliminary Injunction, Doc. 82;

3. Motion for Summary Judgment, Doc. 95;

4. Motion for Summary Judgment, Doc. 100; and

5. Motion for Leave to File Second Amended Complaint, Doc. 108.

DATED this 12th day of March, 2020.

Brian Morris
United States District Court Judge