IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br> DONALD J. TRUMP, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>TC ENERGY CORPORATION, *et al.*,<br><br>    Defendant-Intervenors.<br>_____<br><br>INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>TC ENERGY CORPORATION, *et al.*,<br><br>    Defendant-Intervenors. | CV-18-118-GF-BMM<br>CV-19-28-GF-BMM<br><br><br>**ORDER REGARDING APRIL 16, 2020 HEARING** |

The Court issued an Order on April 2, 2020, notifying the parties that it would conduct the April 16, 2020 hearing remotely. (CV-18-118-GF-BMM, Doc. 148; CV-19-28-GF-BMM, Doc. 126.) Only those counsel who will present argument during the hearing may appear by video. Counsel should contact the Clerk of Court to make arrangements for video appearances. All other counsel must appear via the Court's teleconference bridge. Members of the public and media who wish to listen to the hearing may also access the hearing via the Court's teleconference bridge. The call-in number is 1-877-402-9753 and the access code is 5136505. Visit https://www.mtd.uscourts.gov/covid-19-telephonic-hearing-information for further instructions regarding access to the Court's teleconference bridge. Please review and abide by all instructions.

The Court recently held oral argument in *Northern Plains Resource Council, et al. v. U.S. Army Corps of Engineers, et al.*, CV-19-44-GF-BMM. The Court issued an order setting forth a schedule governing oral argument before that hearing. (CV-19-44-GF-BMM, Doc. 117.) The Court seeks to issue a similar order governing the upcoming oral argument in the above-captioned cases.

The Court will hear argument on April 16, 2020, from 1:30 p.m. until 4:00 p.m., with a ten-minute break. That leaves 140 minutes of argument time. The Court proposes that the hearing shall proceed as follows:

- Plaintiffs' Rosebud Sioux Tribe, et al., counsel is allotted 30 minutes;

- Plaintiffs' Indigenous Environmental Network, et al., counsel is allotted 30 minutes;

- Federal Defendants' counsel is allotted 40 minutes;

- Defendant-Intervenors' counsel is allotted 20 minutes;

- Plaintiffs' Rosebud Sioux Tribe, et al., counsel is allotted 10 minutes for rebuttal;

- Plaintiffs' Indigenous Environmental Network, et al., counsel is allotted 10 minutes for rebuttal.

The parties do not need to contact the Court if they agree with the schedule outlined above. If the parties agree with the Court's suggested schedule, **IT IS HEREBY ORDERED** that the hearing on April 16, 2020, will proceed as outlined above.

If any party wishes to propose an alternative schedule, the party is **HEREBY ORDERED** to file a Motion to Amend Oral Argument Schedule, accompanied with a Proposed Oral Argument Schedule, on or before Friday, April 10, 2020, at 3:00 p.m. The Court will take the parties' proposals under consideration and issue a final schedule.

   **DATED** this 9th day of April, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court