IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PRESIDENT DONALD J. TRUMP, et al.,<br><br>　　　　　　Defendants,<br>　and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public Company,<br><br>　　　　　　Defendant-Intervenors. | 4:19-cv-00028-BMM<br><br>Order |

Indigenous Environmental Network ("IEN") and North Coast Rivers Alliance ("NCRA") (collectively, "Plaintiffs") brought this action against President Donald J. Trump and various government agencies and agents in their official capacities ("Federal Defendants"). Plaintiffs allege that President Trump violated the Property Clause of the U.S. Constitution, the Commerce Clause of the U.S.

Constitution, and Executive Order 13,337 when he issued a Presidential Permit in 2019 ("2019 Permit") to Defendant-Intervenors TransCanada Keystone Pipeline, LP and TC Energy Corporation (collectively, "TC Energy") to construct a cross-border segment of the Keystone XL oil pipeline ("Keystone").

President Joseph R. Biden signed an Executive Order on January 20, 2021 to revoke the 2019 Permit. *See* Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis, Exec. Order 13,990, 86 Fed. Reg. 7,037, 7,041 (Jan. 25, 2021). President Biden's revocation noted that the 2019 Permit included an express condition that the President could revoke that permit at "the President's sole discretion." *Id.*

**IT IS HEREBY ORDERED** that the parties shall each submit a status report not to exceed 500 words on or before February 12, 2021 regarding the status of the above-captioned matter in light of President Biden's Executive Order.

DATED this 2nd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

2