UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK AND NORTH COAST RIVERS ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>  vs.<br><br>PRESIDENT DONALD J. TRUMP, ET AL.<br>　　　　　Defendants,<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, A DELAWARE LIMITED PARTNERSHIP, AND TC ENERGY CORPORATION, A CANADIAN PUBLIC COMPANY,<br><br>　　　　　Defendant-Intervenors. | Case No. CV-19-028-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED that: Plaintiffs' Complaint (Doc. 37) is DISMISSED AS MOOT.

  Dated this 11th day of March, 2022.

        TYLER P. GILMAN, CLERK

        By: /s/ Kelsey Hanning
        Kelsey Hanning, Deputy Clerk